# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2979

_____

United States of America

*Plaintiff - Appellee*

v.

Kenton Burton, Jr.

*Defendant - Appellant*

_____

No. 20-2983

_____

United States of America

*Plaintiff - Appellee*

v.

Kenton Burton, Jr.

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 6, 2021
Filed: May 11, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Kenton Burton appeals the sentence the district court[1] imposed at his consolidated sentencing after he pleaded guilty to bank robbery and his supervised release was revoked. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues counsel raises challenging the brandishing enhancement and the substantive reasonableness of the bank robbery sentence. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of an appeal waiver is reviewed de novo); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

To the extent Burton challenges the calculation of his criminal history, we conclude that the district court's calculation was correct. <u>See</u> <u>United States v. Turner</u>, 781 F.3d 374, 393 (8th Cir. 2015) (construction and application of Guidelines are reviewed de novo). To the extent he challenges the reasonableness of his supervised release revocation sentence, we conclude it was not substantively unreasonable. <u>See</u> <u>United States v. Miller</u>, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the waiver. Accordingly, we dismiss this appeal in part based on the appeal waiver, otherwise affirm, and we grant counsel's motion to withdraw.

_____